IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN W. GRUEN,<br><br>    Plaintiff,<br><br>  v.<br><br>EDFUND and VAN RU CREDIT CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 09-00644 JSW<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on July 17, 2009 on the motions to dismiss filed by defendants EdFund and Van Ru Credit Corporation. The Court HEREBY ORDERS that oppositions to these motions shall be filed by no later than May 29, 2009 and reply briefs shall be filed by no later than June 5, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 15, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE