J. SCOTT ALEXANDER, SBN 190034
JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: salexander@murphyaustin.com
Email: jfischer@murphyaustin.com

Attorneys for Defendant
EdFund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDFUND, a California corporation, and VAN RU CREDIT CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No. 3:09-cv-00644-JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY S. WHITE** |

The parties, through their respective counsel, hereby request through this stipulation that the Case Management Conference currently scheduled for June 12, 2009, be continued to __August 7__, 2009. The parties believe good cause exists for the continuance based on the fact

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

448.021-755671.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER 3:09-CV-00644-JSW

the Defendants' Motions to Dismiss are scheduled for hearing on July 17, 2009, and the Case Management Conference, if necessary, will likely be more productive if it is held after the Court rules on the pending motions.

Dated: May 21, 2009    MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ J. Scott Alexander
    J. SCOTT ALEXANDER
    JOHN E. FISCHER
    Attorneys for Defendant
    EDFUND

Dated: May 21, 2009    LITIGATION LAW GROUP

By: /s/ Gordon M. Fauth, Jr.
    GORDON M. FAUTH, JR.
    ALEXIS A. PHOCAS
    Attorneys for Plaintiff
    STEPHAN W. GRUEN

Dated: May 21, 2009    ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By: /s/ Mark E. Ellis
    MARK E. ELLIS
    BRANDON L. REEVES
    Attorneys for Defendant
    VAN RU CREDIT CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __May 22, 2009____, 2009

/s/ Jeffrey S. White
JEFFREY S. WHITE
Judge of the District Court

- 2 -

448.021-755671.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER 3:09-CV-00644-JSW