Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
Alexis A. Phocas (Cal. Bar No. 194481)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Plaintiff Stephan W. Gruen

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EDFUND, a California Corporation, and VAN RU CREDIT CORPORATION, an Illinois Corporation,<br><br>　　　　　　Defendants. | Case No. C 09-00644 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER PUSHING BACK BRIEFING DATES ON PENDING MOTIONS TO DISMISS**<br><br>Date: July 17, 2009<br>Time: 9:00 a.m.<br>Dept: 11<br>Judge: Hon. Jeffrey S. White |

## STIPULATION

WHEREAS motions to dismiss filed by Defendants Ed Fund and Van Ru Credit Corporation are presently set for hearing on July 17, 2009; with oppositions to these motions due to be filed no later than May 29, 2009 and reply briefs due to be filed no later than June 5, 2009.

WHEREAS the parties have entered into discussions on issues affecting the case, and have agreed that it will be beneficial to their discussions to push back the briefing schedules on the pending motions while maintaining the July 17 hearing date.

1

STIPULATION AND ORDER PUSHING BACK BRIEFING DATES ON PENDING MOTIONS TO DISMISS

THEREFORE, the Parties agree and stipulate that oppositions to the motions to dismiss shall be filed no later than June 16, 2009, and that reply briefs shall be filed no later than June 23, 2009, with the present hearing date of July 17, 2009 to be maintained.

**LITIGATION LAW GROUP**

Date: May 29, 2009      By: __/S/ Gordon M. Fauth, Jr._____
                                           Gordon M. Fauth, Jr. (SBN: 190280)

                                           1801 Clement Ave., Ste. 101
                                           Alameda, CA 94501
                                           Tel: (510) 238-9610
                                           Fax: (510) 337-1431

                                           Attorneys for Plaintiff Stephan W. Gruen


**MURPHY AUSTIN ADAMS SCHOENFELD LLP**

Date: May 29, 2009      By: ___/S/ John E. Fishcher_____
                                           John E. Fishcher (SBN: 065792)

                                           304 "S" Street
                                           P.O. Box 1319
                                           Sacramento, CA 94812
                                           Tel: (916) 446-2300
                                           Fax: (916) 503-4000

                                           Attorneys for Defendant Edfund


**ELLIS, COLEMAN, POIRIER LAVOIE & STEINMER**

Date: May 29, 2009      By: ___/S/ Brandon L. Reves_____
                                           Brandon L. Reeves

STIPULATION AND ORDER PUSHING BACK BRIEFING DATES ON PENDING MOTIONS TO DISMISS

555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: ((16) 283-8821

Attorneys for Defendant Van Ru Credit Corporation

### **ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that oppositions to the motions to dismiss shall be filed no later than June 16, 2009, and that reply briefs shall be filed no later than June 23, 2009, with the present hearing date of July 17, 2009 to be maintained.

IT IS SO ORDERED.

Date: ~~May ___~~ June 1, 2009         By: _____/s/ Jeffrey S. White_____
                                              JEFFREY S. WHITE
                                              DISTRICT COURT JUDGE

3

STIPULATION AND ORDER PUSHING BACK BRIEFING DATES ON PENDING MOTIONS TO DISMISS