J. SCOTT ALEXANDER, SBN 190034
JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:     salexander@murphyaustin.com
Email:     jfischer@murphyaustin.com

Attorneys for Defendant
EdFund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDFUND, a California corporation, and VAN RU CREDIT CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.  3:09-cv-00644-JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY S. WHITE** |

The parties, through their respective counsel, hereby request through this stipulation that the Case Management Conference currently scheduled for August 7, 2009, be continued to Friday, October 30, 2009, or the next available date on the Court's calendar. The parties believe good cause exists for the continuance based on the fact that the parties have stipulated to mediate this matter, and the Court has ordered the parties to complete the mediation process within 90 days from the date of the Court's July 28, 2009 ADR Order. The Case Management Conference,

///

///

///

- 1 -

448.021-792790.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER 3:09-CV-00644-JSW

if necessary, will likely be more productive if it is held after the parties have engaged in mediation.

Dated: August 4, 2009         MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ J. Scott Alexander
    J. SCOTT ALEXANDER
    JOHN E. FISCHER
    Attorneys for Defendant
    EDFUND

Dated: August 4, 2009         LITIGATION LAW GROUP


By: /s/ Gordon m. Fauth, Jr.
    GORDON M. FAUTH, JR.
    ALEXIS A. PHOCAS
    Attorneys for Plaintiff
    STEPHAN W. GRUEN

Dated: August 4, 2009         ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP


By: /s/ Brandon L. Reeves
    MARK E. ELLIS
    BRANDON L. REEVES
    Attorneys for Defendant
    VAN RU CREDIT CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 5, 2009 , 2009

Jeffrey S. White
JEFFREY S. WHITE
Judge of the District Court

- 2 -

448.021-792790.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER 3:09-CV-00644-JSW