J. SCOTT ALEXANDER, SBN 190034
JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:   (916) 446-2300
Facsimile:   (916) 503-4000
Email:   salexander@murphyaustin.com
Email:   jfischer@murphyaustin.com

Attorneys for Defendant
EdFund

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDFUND, a California corporation, and VAN RU CREDIT CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No. 3:09-cv-00644-JSW<br><br>**ODER APPROVING TELEPHONE APPEARANCE AT MEDIATION BY INSURANCE REPRESENTATIVE**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY S. WHITE**<br><br>Date:   October 21, 2009<br>Time:   10:00 a.m.<br>Mediator:   Gregory D. Walker |

IT IS HEREBY ORDERED that the insurance representative for Darwin National Assurance Company, the insurer of defendant EdFund in the above referenced matter, is excused from personally appearing at the October 21, 2009 mediation before Gregory D. Walker. The representative for Darwin National Assurance Company shall, however, be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10(f).

Dated: Sept. 11, 2009

Magistrate Judge Wayne D. Brazil

- 1 -

448.021-810172.1

ODER APPROVING TELEPHONE APPEARANCE AT MEDIATION, CASE NO. 3:09-CV-00644-JSW