Mark E. Ellis – 127159
Brandon L. Reeves – 242897
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
breeves@ecplslaw.com

Attorneys for
Defendant Van Ru Credit Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EDFUND, a California Corporation, and VAN RU CREDIT CORPORATION, an Illinois Corporation,<br><br>    Defendants. | Case No.: 3:09-cv-00644-JSW<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT VAN RU CREDIT CORPORATION'S INSURANCE REPRESENTATIVE**<br><br>Date:  October 21, 2009<br>Time:  10:00 a.m.<br>Mediator:  Gregory D. Walker |

IT IS HEREBY ORDERED that the insurance representative for St. Paul Travelers Insurance Company, the insurance carrier for defendant Van Ru Credit Corporation in the above action, is excused from personally appearing at the October 21, 2009 mediation before Gregory D. Walker. The representative for St. Paul Travelers Insurance Company shall, however, be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED:

DATED: 9-21-09

Wayne D. Brazil
United States Magistrate Judge

- 1 -

ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT VAN RU CREDIT CORPORATION'S INSURANCE REPRESENTATIVE