Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
Alexis A. Phocas (Cal. Bar No. 194481)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Plaintiff Stephan W. Gruen

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EDFUND, a California Corporation, and VAN RU CREDIT CORPORATION, an Illinois Corporation,<br><br>　　　　　　Defendants. | ) Case No. C 09-00644 JSW<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER CONTINUING CASE**<br>) **MANAGEMENT CONFERENCE**<br>)<br>)<br>)<br>) Judge:  Hon. Jeffrey S. White<br>) Dept:    11<br>)<br>) |

## STIPULATION

　　WHEREAS a Case Management Conference is presently scheduled for October 30, 2009 at 9:00 a.m.

　　WHEREAS pursuant to court-ordered mediation of this matter, which took place on October 21, 2009 under the auspices of Gregory D. Walker, the Parties reached an agreement to settle their dispute and dismiss Plaintiff's claims with prejudice, and are presently working to

1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

consummate their settlement agreement, and expect to file a Stipulation of Dismissal with Prejudice within 45 days.

      THEREFORE, the Parties agree and stipulate that the Case Management Conference set for October 30, 2009 be continued to December 11, 2009 at 9:00 a.m., or such other time as may be convenient for the Court.

                            Respectfully submitted,

**LITIGATION LAW GROUP**

Date: October 26, 2009      By: [1]  /S/ Gordon M. Fauth, Jr.
                                    Gordon M. Fauth, Jr. (SBN: 190280)

                                   1801 Clement Ave., Ste. 101
                                   Alameda, CA 94501
                                   Tel: (510) 238-9610
                                   Fax: (510) 337-1431

                                   Attorneys for Plaintiff Stephan W. Gruen

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**

Date: October 26, 2009      By:  /S/ J. Scott Alexander
                                     J. Scott Alexander (SBN: 190034)

                                   304 "S" Street
                                   P.O. Box 1319
                                   Sacramento, CA 94812
                                   Tel: (916) 446-2300
                                   Fax: (916) 503-4000

                                   Attorneys for Defendant Edfund

---

[1] I, Gordon M. Fauth, Jr., am the ECF user whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ELLIS, COLEMAN, POIRIER,
LAVOIE & STEINHEIMER, LLP**

Date: October 26, 2009        By: ___/S/ Brandon L. Reeves_____
                                              Brandon L. Reeves (SBN: 242897)

555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: ((16) 283-8821

Attorneys for Defendant Van Ru Credit Corporation

## **ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Case Management Conference presently scheduled for October 30, 2009 shall be continued to December 11, 2009 at 9:00 a.m., and that the Parties' Joint Case Management Conference Statement shall be filed no later than 7 days prior thereto.

IT IS SO ORDERED.

Date: October 27, 2009        By: _____/s/ Jeffrey S. White_____
                                              JEFFREY S. WHITE
                                              DISTRICT COURT JUDGE

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE