Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
Alexis A. Phocas (Cal. Bar No. 194481)
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Plaintiff Stephan W. Gruen

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHAN W. GRUEN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDFUND, a California Corporation, and VAN RU CREDIT CORPORATION, an Illinois Corporation, <br><br> Defendants. | Case No. C 09-00644 JSW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge: Hon. Jeffrey S. White <br> Dept: 11 |

### STIPULATION

WHEREAS pursuant to court-ordered mediation of this matter, which took place on October 21, 2009 under the auspices of Gregory D. Walker, the Parties reached an agreement to settle their dispute and dismiss Plaintiff's claims with prejudice, with each party, except to the extent provided by the settlement agreement, to bear its own attorney fees and costs. The Parties thereafter notified the Court that they expected to file a Stipulation of Dismissal with Prejudice within 45 days.

WHEREAS the Parties thereafter stipulated that the Case Management Conference set for October 30, 2009 be continued to December 11, 2009 at 9:00 a.m., to allow the Parties time to consummate their settlement and stipulate to dismissal.

NOW, THEREFORE, the Parties, by and through their Counsel, in accordance with their settlement agreement and pursuant to Federal Rule of Civil Procedure section 41(a), hereby agree and stipulate that the case and claims of Plaintiff Stephan W. Gruen shall be dismissed with prejudice, with no party to be awarded fees or costs by the Court.

Respectfully submitted,

**LITIGATION LAW GROUP**

Date: December 2, 2009      By: [1]  /S/  Gordon M. Fauth, Jr.
                                 Gordon M. Fauth, Jr. (SBN: 190280)

                                 1801 Clement Ave., Ste. 101
                                 Alameda, CA 94501
                                 Tel: (510) 238-9610, Fax: (510) 337-1431

                                 Attorneys for Plaintiff Stephan W. Gruen

**MURPHY AUSTIN ADAMS SCHOENFELD LLP**

Date: December 2, 2009      By:     /S/  J. Scott Alexander
                                 J. Scott Alexander (SBN: 190034)

                                 304 "S" Street
                                 P.O. Box 1319
                                 Sacramento, CA 94812
                                 Tel: (916) 446-2300, Fax: (916) 503-4000

                                 Attorneys for Defendant Edfund

---

[1] I am the ECF user whose ID and password are being used to file this document. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

2

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

**ELLIS, COLEMAN, POIRIER,
  LAVOIE & STEINHEIMER, LLP**

Date:  December 2, 2009          By:  ___/S/  Brandon L. Reeves_____
                                      Brandon L. Reeves (SBN: 242897)

                                      555 University Avenue, Suite 200 East
                                      Sacramento, CA 95825
                                      Tel: (916) 283-8820, Fax: (916) 283-8821

                                      Attorneys for Defendant Van Ru Credit Corporation

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the case and claims of Plaintiff Stephan W. Gruen are dismissed with prejudice, with no party awarded attorney fees or costs by the Court.

IT IS SO ORDERED.

Date:  December _7_, 2009          By:  _____
                                        JEFFREY S. WHITE
                                        DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER